UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NANCY ZIMMERMAN,

    Plaintiff(s),                 No. C 12-3611 PJH

    v.                              **ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**

WELLS FARGO & COMPANY, et al.,

    Defendant(s).

_____/

    One or more of the parties has requested to appear telephonically at the Case Management Conference ("CMC") scheduled for **November 8, 2012 at 2:00 p.m**. The courtroom is not equipped for telephonic appearances, but the court will conduct a conference in chambers with **all** parties appearing telephonically before the regular CMC calendar. The conference will occur on **November 8, 2012 at 1:30 p.m.** The party/attorney requesting a telephonic appearance shall initiate the call to all parties and to the court at (510) 637-1291.

    IT IS SO ORDERED.

Dated: October 25, 2012

                                                       PHYLLIS J. HAMILTON
                                                       United States District Judge