UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NANCY ZIMMERMAN,

        Plaintiff(s),                  No. C 12-03611 PJH

    v.                                   **ORDER OF DISMISSAL**

WELLS FARGO & COMPANY SHORT TERM DISABILITY PLAN,

        Defendant(s).

_____/

    The mediator having advised the court in the Certification of ADR Session, that the parties have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

    If no certification is filed, after passage of sixty days, the dismissal shall be **with** prejudice.  The parties may substitute a dismissal with prejudice at any time during this sixty day period.

    IT IS SO ORDERED.

Dated:  February 27, 2013

                                                        _____
                                                        PHYLLIS J. HAMILTON
                                                     United States District Judge